IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Briggs, Dorothy M | Case Number: 06 B 04028 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 4/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 9, 2008
Confirmed: June 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,900.00 | |
| Secured: | | 1,704.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,929.18 |
| Trustee Fee: | | 266.30 |
| Other Funds: | | 0.00 |
| Totals: | 4,900.00 | 4,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,104.00 | 2,929.18 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 2,840.84 | 1,676.74 |
| 4. | Cook County Treasurer | Secured | 50.64 | 27.78 |
| 5. | Ocwen Loan Servicing LLC | Secured | 1,686.89 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 52.06 | 0.00 |
| 7. | Capital One | Unsecured | 58.73 | 0.00 |
| 8. | Capital One | Unsecured | 46.76 | 0.00 |
| 9. | American General Finance | Unsecured | 75.21 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 50.31 | 0.00 |
| 11. | Check N Go | Unsecured | 57.75 | 0.00 |
| 12. | Aspire Visa | Unsecured | 73.45 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 358.41 | 0.00 |
| 14. | Merrick Bank | Unsecured | 81.15 | 0.00 |
| 15. | Capital One | Unsecured | 116.80 | 0.00 |
| 16. | American General Finance | Unsecured | | No Claim Filed |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Green Tree Acceptance Inc | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | TCF Bank | Unsecured | | No Claim Filed |
| 22. | Universal Lenders Inc | Unsecured | | No Claim Filed |
| 23. | GEMB | Unsecured | | No Claim Filed |
| | | | $ 8,653.00 | $ 4,633.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Briggs, Dorothy M

Printed: 11/25/08

Case Number:  06 B 04028
Judge:  Wedoff, Eugene R
Filed:  4/11/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 40.00 |
| 4.8% | 57.60 |
| 5.4% | 97.20 |
| 6.5% | 71.50 |
|  | $ 266.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

